IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YVONNE HOLDEN,                           No. CIV.S-05-0251 LKK DAD PS

      Plaintiff,

  v.                                     <u>ORDER AND</u>

LAURA K. LUCIER,                         <u>ORDER TO SHOW CAUSE</u>

      Defendants.

_____/

      Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(21), pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

      According to the complaint, plaintiff, who resides in Placer County, is suing her neighbor in connection with a dispute regarding plaintiff's maintenance of livestock, namely roosters and

1

chickens, on her property. The caption of the complaint lists the following purported causes of action: "terrorism; pet theft harassment; property damage; trespass; vandalism; assault by dogs; extortion; illegal lien; stalking; pet killing; dogs attacking livestock." (Compl. at 1.) However, no basis for federal jurisdiction is alleged. Indeed, it appears that the court lacks subject matter jurisdiction over this matter and that plaintiff's claims are more properly pursued in state court.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis is granted;

2. Plaintiff shall show cause in writing within twenty (20) days of the date this order is filed why this case should not be dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3)("Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action."); and

/////

/////

---

[1] The numerous documents attached to plaintiff's complaint suggest that this matter originated as a small claims action in Placer County where the defendant here, Ms. Lucier, sued plaintiff regarding plaintiff's failure to properly maintain chickens and roosters on her property. Those documents further suggest that the small claims action was litigated to completion in Placer County Superior Court with the matter being resolved in Ms. Lucier's favor. To the extent plaintiff seeks review of that resolution, plaintiff is advised that a federal district court does not have jurisdiction to review errors in state court decisions. Dist. of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 476 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415 (1923).

2

3. Plaintiff is forewarned that the failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed.

DATED: October 4, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddadl\orders.prose\holden0251.ifp.osc

3