IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YVONNE HOLDEN,

    Plaintiff,                    No. CIV S-05-0251 LKK DAD PS

    vs.

LAURA K. LUCIER,

    Defendant.                ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 2, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed November 2, 2005, are adopted in full; and

4  2. This action is dismissed for lack of subject mater jurisdiction. See Fed. R. Civ. P. 12(h)(3).

DATED: January 12, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/holden0251.jo